IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BILLY EDWARD WELCH                                                                          PETITIONER
ADC #113296

V.                                            NO. 5:06cv00103 GH-JWC

LARRY NORRIS, Director,                                                                     RESPONDENT
Arkansas Department of Correction

### ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Respondent's motion to dismiss (docket entry #8) this 28 U.S.C. § 2254 petition for writ of habeas corpus is **granted** as to Grounds 1 and 3 and **denied** as to Ground 2.  Respondent is directed to address, within twenty (20) days of entry of this order, Petitioner's ineffective-assistance claims as raised in Ground 2 of the original petition and further articulated in Petitioner's response to the motion to dismiss.

IT IS SO ORDERED this 21st day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE