IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BILLY EDWARD WELCH                                                                PETITIONER
ADC #113296

V.                                         NO. 5:06cv00103 SWW

LARRY NORRIS, Director,                                                          RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Ground 2 of this 28 U.S.C. § 2254 petition for writ of habeas corpus (docket entry #1) is hereby dismissed. As Grounds 1 and 3 were dismissed by previous order (docket entry #16), judgment shall be entered denying the petition in its entirety and dismissing this action with prejudice.

IT IS SO ORDERED this 26th day of November, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE