IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BILLY EDWARD WELCH                                          PETITIONER
ADC #113296

V.                                NO. 5:06cv00103 SWW

LARRY NORRIS, Director,                                     RESPONDENT
Arkansas Department of Correction


<u>JUDGMENT</u>

In accordance with the Court's Order entered this date and pursuant to the Order

entered February 22, 2007 (docket entry #16), judgment is hereby entered denying the

petition in its entirety and dismissing this action with prejudice.

IT IS SO ORDERED this 26th day of November, 2007.


<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE